**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01152-LTB-MJW

ALLAN HOHMAN,

    Plaintiff,

v.

INTRAWEST GOLF HOLDINGS, INC.,

    Defendant.

___

**ORDER OF RECUSAL**
___

Upon review of the file and determining that there are potential conflicts of interest, specifically that the Courtroom Deputy assigned to the undersigned judge is married to a partner in the law firm of McDermott, Hansen, & McLaughlin, LLP, the undersigned judge hereby recuses himself in the above action and directs that the action be returned to the Clerk of the Court for redraw and assignment of the case.

                            BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   September 4, 2008