**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01152-CMA-MJW

ALLAN HOHMAN,

     Plaintiff,

v.

INTRAWEST GOLF HOLDINGS, INC.,

     Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with the Stipulation of Dismissal (Doc. # 18) signed by the attorneys for the parties hereto it is:

ORDERED that the complaint and all causes of action against Defendant Intrawest Golf Holdings, Inc. are DISMISSED WITH PREJUDICE, each party to pay his or its own costs.

IT IS FURTHER ORDERED that Defendant's Motion for Partial Summary Judgment Pursuant to F.R.Civ.P. (Doc. # 15) is DENIED AS MOOT.

DATED:  November  12 , 2008.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge